IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAMELA JONES and LAKITA SPARKS on
behalf of themselves and all others similarly
situated,

                Plaintiffs,

v.                                  Case No. 19-cv-355

MILWAUKEE HEALTH CARE, LLC d/b/a
Wellspring of Milwaukee and
WILLIAM NICHOLSON

                Defendants.

**JOINT MOTION FOR ORDER (1) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT; (2) APPROVING FORM AND MANNER OF NOTICE TO THE SETTLEMENT CLASS; (3) SCHEDULING A FINAL FAIRNESS HEARING FOR THE FINAL CONSIDERATION AND APPROVAL OF THE SETTLEMENT AND (4) FINALLY APPROVING THE SETTLEMENT**

Pamela Jones and LaKita Sparks (the "Named Plaintiffs" or "Class Representatives"), on behalf of themselves and on behalf of the individuals named on Schedule 1 to the Settlement[1] (the "Settlement Class") on the one hand, and Milwaukee Health Care, LLC d/b/a Wellspring of Milwaukee ("Wellspring") and William Nicholson ("Nicholson" and collectively with Wellspring, the "Defendants") on the other hand, sometimes collectively referred to herein as the "Parties," by and through their respective counsel of record, submit this Joint Motion for the entry of an Order (1) Preliminarily Approving the Settlement Agreement between Class Representatives on behalf of themselves and on behalf of the Settlement Class and Defendants; (2) Approving the Form and Manner of Notice to Settlement Class; (3) Scheduling a Final Fairness Hearing for the final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion"). In support of the Joint Motion, the Parties submit a memorandum of law and the exhibits, thereto.

---

[1] The Settlement Agreement is attached to the memorandum in support of the Joint Motion as Exhibit 1.

1

Dated: January 8, 2021

By: s/ Mary E. Olsen
THE GARDNER FIRM, P.C.
Mary E. Olsen
molsen@thegardnerfirm.com
M. Vance McCrary
vmccrary@thegardnerfirm.com
182 St. Francis Street, Suite 103
Post Office Drawer 3103
Mobile, Alabama 36652
P: (251) 433-8100
F: (251) 433-8181

THE PREVIANT LAW FIRM, S.C.
Sara J. Geenen
State Bar No. 1052748
310 West Wisconsin Avenue, Suite 100 MW
Milwaukee, WI 53203
Telephone: (414) 271-4500
Facsimile: (414) 271-6308
sjg@previant.com

LANKENAU & MILLER, LLP
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite1100
New York, NY 10038
P: (212) 581-5005
F: (212) 581-2122
stuart@lankmill.com

*Attorneys for Plaintiffs*

By: s/ Robert S. Driscoll
Robert S. Driscoll
WI State Bar ID No. 1071461
Christopher K. Schuele
WI State Bar ID No. 1093960
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
P: 414-298-8323
F: 414-298-8097
rdriscoll@reinhartlaw.com
cschuele@reinhartlaw.com
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 8th day of January, 2021 I filed the foregoing with the Clerk of the Court, which will send a notice of electronic filing to all counsel of record using the CM/ECF system.

                                            s/ _Mary E. Olsen_____