UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

PAMELA JONES AND LAKITA SPARKS,

    Plaintiffs,

v.               Case No. 19-cv-355-pp

MILWAUKEE HEALTH CARE LLC,
*d/b/a Wellspring of Milwaukee*
and
WILLIAM NICHOLSON,

    Defendants.

---

## ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT (DKT. NO. 30)

---

On January 8, 2021, the parties filed a Joint Motion for Preliminary Approval of Class Action Settlement, dkt. no. 30, along with the parties' fully executed "Settlement Agreement," dkt. no. 30-2. On February 22, 2021, the court preliminarily approved the settlement. Dkt. No. 31.

On May 13, 2021 at 1:30 p.m., the court conducted a fairness hearing on the parties' request for final approval of the "Settlement Agreement" and determined that the settlement, plaintiffs' counsel's attorneys' fees and case-related costs and expenses and plaintiffs' service award were fair and reasonable.

The court **ORDERS** that the parties' Joint Motion for Final Approval of Class Action Settlement is **GRANTED**. Dkt. No. 30.

1

The court **ORDERS** that the plaintiffs' Motion for Approval of Service Award is **GRANTED**. Dkt. No. 30.

The court **ORDERS** that the Plaintiff's Motion for Approval of Attorneys' Fees and Costs is **GRANTED**. Dkt. No. 30.

The court:

1. **CERTIFIES**, for the purpose of settlement, the Rule 23 class under Fed. R. Civ. P. 23;
2. **APPOINTS** Pamela Jones and LaKita Sparks as Class Representatives for the Rule 23 Class;
3. **APPOINTS** the Garnder Firm PC, as Class Counsel for the Rule 23 Class;
4. **APPROVES** the parties' settlement as fair, reasonable and adequate under Fed. R. Civ. P. 23(e);
5. **APPROVES** the settlement payments to the Settlement Class, which includes members of the Rule 23 Class;
6. **ORDERS** defendant's counsel to provide plaintiffs' counsel with settlement checks for the Settlement Class twenty-one (21) days from the receipt of funds from defendant, William Nicholson;
7. **ORDERS** that the Settlement Class has one hundred eighty (180) days from the date of mailing to cash their individual settlement checks, otherwise the individual settlement checks and amounts will be distributed to a new class (class of those individuals who had negotiated their settlement checks)– if the amount is above a certain threshold;

8. **GRANTS** the plaintiffs' unopposed request for approval of their attorneys' fees and case-related costs and expenses as laid out in the settlement agreement, which the parties have stipulated and agreed are reasonable;

9. **GRANTS** the plaintiffs' unopposed request for approval of their service award in the amount of $500 for each of the plaintiffs, which the parties have stipulated and agreed is reasonable; and,

10. **DISMISSES** with prejudice the Settlement Class members' released claims.

The court **DISMISSES** this case.

Dated in Milwaukee, Wisconsin this 28th day of May, 2021.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
Chief United States District Judge**