UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

PAMELA JONES,
and LAKITA SPARKS,

        Plaintiffs,

  v.                                             Case No. 19-cv-355-pp

MILWAUKEE HEALTH CARE LLC,
*d/b/a Wellspring of Milwaukee*,
and WILLIAM NICHOLSON,

        Defendants.

---

## **\*\*AMENDED\*\* ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT (DKT. NO. 30)**

---

On January 8, 2021, the parties filed a Joint Motion for Preliminary Approval of Class Action Settlement, dkt. no. 30, along with the parties' fully executed "Settlement Agreement," dkt. no. 30-2. On February 22, 2021, the court preliminarily approved the settlement. Dkt. No. 31.

On May 13, 2021 at 1:30 p.m., the court conducted a fairness hearing on the parties' request for final approval of the "Settlement Agreement" and determined that the settlement, plaintiffs' counsel's attorneys' fees and case-related costs and expenses and plaintiffs' service awards were fair and reasonable.

The court **ORDERS** that the parties' Joint Motion for Final Approval of Class Action Settlement is **GRANTED**. Dkt. No. 30.

The court **ORDERS** that the plaintiffs' Motion for Approval of Service Award is **GRANTED**. Dkt. No. 30.

The court **ORDERS** that the plaintiffs' Motion for Approval of Attorneys' Fees and Costs is **GRANTED**. Dkt. No. 30.

The court:

1. **CERTIFIES**, for the purpose of settlement, the Rule 23 class under Fed. R. Civ. P. 23;

2. **APPOINTS** Pamela Jones and LaKita Sparks as class representatives for the Rule 23 Class;

3. **APPOINTS** The Gardner Firm, PC **and Lankenau & Miller, LLP,** as class counsel for the Rule 23 Class;

4. **APPROVES** the parties' settlement as fair, reasonable and adequate under Fed. R. Civ. P. 23(e);

5. **APPROVES** the settlement payments to the settlement class, which includes members of the Rule 23 Class;

6. ****ORDERS** that defendant William Nicholson wire a cash payment of $35,000 directly to class counsel as provided in the settlement agreement;**

7. ****ORDERS** that the class counsel may distribute any additional "residual funds" as provided in paragraph twelve of the settlement agreement;**

8. **GRANTS** the plaintiffs' unopposed request for approval of their attorneys' fees and case-related costs and expenses as laid out in the

settlement agreement, which the parties have stipulated and agreed are reasonable;

9. **GRANTS** the plaintiffs' unopposed request for approval of their service award in the amount of $500 for each of the plaintiffs, which the parties have stipulated and agreed are reasonable; and,

10. **DISMISSES** with prejudice the settlement class members' released claims.

The court **DISMISSES** this case.

Dated in Milwaukee, Wisconsin this 16th day of June, 2021.

                        **BY THE COURT:**

                        _____
                        **HON. PAMELA PEPPER**
                        **Chief United States District Judge**